# Anthony R. Gualano, Esq.
## Attorney At Law

P.O. Box 414
McAfee, New Jersey 07428
(201) 400-9512
Facsimile (973) 827-1899

Certified Criminal Trial Attorney
(Admitted in NJ, PA, & DC)
(Admitted U.S. Supreme Court)
Attorney ID#022061989

Office Address
549 Summit Avenue
Jersey City, New Jersey 07306
agualanolaw@gmail.com

October 25, 2016

E-Filed
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court of New Jersey
M.L. King, Jr. Federal Buildig & U.S. Courthouse
50 Walnut Street, Courtroom 2060
Newark, New Jersey 07102

    Re:  United States of America v. Harpreet Sachdeva
          Criminal No.:  16-6044

Dear Judge Cox Arleo:

    Attached please find the Consent Order signed by Assistant United States Attorney Dennis Carletta, Esq. modifying my client's bail in the above-captioned.  Kindly sign the Order and file same with the Clerk.  Naturally, if Your Honor has any questions, then please feel free to have your staff contact me at your convenience.

    Thank you.

Respectfully submitted,

Anthony R. Gualano, Esq.

Cc:  Dennis C. Carletta, AUSA (via email only)
     Ms. Barbara Hutchinson, PTS Officer and Pre-Trial Services (via email only)
     Mr. Harpreet Sachdeva (via email only)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

Harpreet Sachdeva

CRIMINAL NO. 16-6044

CONSENT ORDER
AMENDING HOME INCARCERATION

THIS MATTER, having been opened to this Honorable Court, the Honorable Madeline Cox Arleo, Magistrate Judge of the United States District Court of New Jersey, on the application of Anthony R. Gualano, Esq., appearing for the Defendant, Harpreet Sachdeva, for an Order amending Defendant's bail, in particular, the conditions of Defendant's Home Incarceration with Location Monitoring;

And upon the representation of Counsel for Defendant, Anthony R. Gualano, Esq., that he has communicated with and obtained the Consent of Pre-Trial Services Officer Barbara Hutchinson to amend the terms of Defendant's Home Incarceration to permit Defendant to leave his home between the hours of 7:00 a.m. and 7:00 p.m. subject to Location Monitoring;

And Assistant U.S. Attorney Dennis C. Carletta, on behalf of the United States of America, consenting to amend Defendant's Home Incarceration to allow Defendant to leave his home between the hours of 7:00 a.m. and 7:00 p.m.;

IT IS ON THIS        DAY OF                2016,

ORDERED that Defendant, Harpreet Sachdeva, shall be permitted to leave Home Incarceration between 7:00 a.m. and 7:00 p.m. daily, subject to Location Monitoring; and

IT IS ORDERED that all other conditions of bail not modified by this Order shall remain in effect and undisturbed pending the sentence of Defendant on January 12, 2017.

Honorable Madeline Cox Arleo
United States Magistrate Judge

_____
Madeline Cox Arleo, U.S.M.J.

I hereby Consent to the
Form, Content and Entry of the Order

_____
Dennis C. Carletta, Asst. U.S. Attorney
On behalf of the United States of America